APPEAL,CLOSED,JURY,PROSE-NP,TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:25-cv-00753-ACR

| | |
|---|---|
| JOSEPHANO v. AMERICAN AIRLINES INC. et al<br>Assigned to: Judge Ana C. Reyes<br>Case in other court: USCA, 25-07148<br>Cause: 28:1332 Diversity-Fraud | Date Filed: 03/14/2025<br>Date Terminated: 09/04/2025<br>Jury Demand: Plaintiff<br>Nature of Suit: 370 Other Fraud<br>Jurisdiction: Diversity |

**Plaintiff**

**TALA JOSEPHANO**     represented by     **TALA JOSEPHANO**
615 S. Catalina Ave
#233
Redondo Beach, CA 90277
PRO SE

V.

**Defendant**

**AMERICAN AIRLINES INC.**     represented by     **Edward Lee Isler**
ISLER DARE, P.C.
1945 Old Gallows Road
Suite 650
Vienna, VA 22182
(703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Micah Ephram Ticatch**
ISLER DARE, P.C.
1945 Old Gallows Road
Suite 650
Vienna, VA 22182
(703) 748-2690
Fax: (703) 748-2695
Email: mticatch@islerdare.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICAH E. TICATCH**     represented by     **Edward Lee Isler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

11/10/25, 10:16 AM                    Case 1:25-cv-00753-ACR    Document 14    Filed 11/10/25    Page 2 of 3
                                      District of Columbia live database
                                      USCA Case #25-7148   Document #2144533   Filed: 11/10/2025   Page 2 of 3

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2025 | 1 | COMPLAINT against AMERICAN AIRLINES INC., MICAH E. TICATCH ( Filing fee $ 405, receipt number 209231) with Jury Demand filed by TALA JOSEPHANO. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 03/20/2025) |
| 03/14/2025 | | SUMMONS Not Issued as to AMERICAN AIRLINES INC., MICAH E. TICATCH (zdp) (Entered: 03/20/2025) |
| 03/20/2025 | | Summons (2) Issued as to AMERICAN AIRLINES INC., MICAH E. TICATCH. (zdp) (Entered: 03/20/2025) |
| 03/20/2025 | 2 | Case directly reassigned to Judge Ana C. Reyes as related. Judge Reggie B. Walton is no longer assigned to the case. (ztnr) (Entered: 03/20/2025) |
| 06/10/2025 | 3 | MOTION to Reassign Case by TALA JOSEPHANO. (Attachments: # 1 Exhibit, # 2 Proposed Order)(zdp) (Entered: 06/10/2025) |
| 06/20/2025 | 4 | NOTICE of Appearance by Micah Ephram Ticatch on behalf of AMERICAN AIRLINES INC. (Ticatch, Micah) (Entered: 06/20/2025) |
| 06/20/2025 | 5 | NOTICE of Appearance by Edward Lee Isler on behalf of AMERICAN AIRLINES INC., MICAH E. TICATCH (Isler, Edward) (Entered: 06/20/2025) |
| 06/20/2025 | 6 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN AIRLINES INC. (Ticatch, Micah) (Entered: 06/20/2025) |
| 06/20/2025 | 7 | MOTION to Dismiss by AMERICAN AIRLINES INC., MICAH E. TICATCH. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support, # 3 Exhibit A (Transcript of Hearing))(Isler, Edward) (Entered: 06/20/2025) |
| 08/05/2025 | 8 | *FOX/NEAL* ORDER notifying Plaintiff of her obligation to respond to Defendants' 7 Motion to Dismiss on or before August 20, 2025, and informing Plaintiff that failure to file a timely response may result in dismissal of her claims. See Order for details. Signed by Judge Ana C. Reyes on 08/05/2025. (lcacr2) (Entered: 08/05/2025) |
| 08/20/2025 | 9 | MOTION for Recusal by TALA JOSEPHANO. (znmw) (Entered: 08/20/2025) |
| 08/21/2025 | 10 | DECLARATION by TALA JOSEPHANO re 9 MOTION for Recusal. (Attachments: # 1 Text of Proposed Order)(znmw) (Entered: 08/21/2025) |
| 08/21/2025 | | MINUTE ORDER denying 3 Motion to Reassign Case; denying 9 Motion for Recusal. The Court DENIES 3 Motion to Reassign Case because related cases are assigned according to LCvR 40.5(a), (c), and because Plaintiff identifies no circumstances requiring disqualification under 28 U.S.C. § 455. The Court DENIES 9 Motion for Recusal for the same reasons. Signed by Judge Ana C. Reyes on 08/21/2025. (lcacr2) (Entered: 08/21/2025) |
| 08/29/2025 | 11 | NOTICE of Election to Stand on complaint by TALA JOSEPHANO re 1 Complaint (znmw) (Entered: 09/02/2025) |
| 09/02/2025 | | MINUTE ORDER granting 7 Motion to Dismiss. In its 8 Fox/Neal Order, the Court notified Plaintiff of her obligation to respond to Defendants' Motion to Dismiss and informed Plaintiff that failure to file a timely response would result in dismissal of her claims. In light of Plaintiff's 11 Notice in which Plaintiff indicated her refusal to comply with the Fox/Neal Order and to respond to the Motion to Dismiss, the Court deems the arguments in the Motion to Dismiss conceded.<br><br>The Court therefore GRANTS the Motion to Dismiss. The Court further DISMISSES this case for Plaintiff's failure to prosecute, failure to comply with this Court's Fox/Neal |

| | | |
|---|---|---|
| | | Order, and failure to adhere to the Federal Rules of Civil Procedure. The Court DIRECTS the Clerk of the Court to terminate this case. Signed by Judge Ana C. Reyes on 09/02/2025. (lcacr2) (Entered: 09/02/2025) |
| 10/02/2025 | 12 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 9/2/2025 Minute Order on Motion to Dismiss by TALA JOSEPHANO. Fee Status: No Fee Paid. Parties have been notified. (znmw) (Entered: 10/03/2025) |
| 10/03/2025 | 13 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 12 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 10/03/2025) |
| 10/07/2025 | | USCA Case Number 25-7148 for 12 Notice of Appeal to DC Circuit Court filed by TALA JOSEPHANO. (znmw) (Entered: 10/07/2025) |
| 11/05/2025 | | USCA Appeal Fees received $ 605 receipt number 210727 re 12 Notice of Appeal to DC Circuit Court filed by TALA JOSEPHANO (znmw) (Entered: 11/10/2025) |