# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7148**                                                    **September Term, 2025**

1:25-cv-00753-ACR

**Filed On: October 7, 2025** [2139100]

Tala Josephano,

       Appellant

    v.

American Airlines, Inc. and Micah Ticatch,

       Appellees

## O R D E R

The notice of appeal was filed on October 2, 2025, and docketed in this court on October 7, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 6, 2025 |
| Docketing Statement Form | November 6, 2025 |
| Entry of Appearance Form (Attorneys Only) | November 6, 2025 |
| Procedural Motions, if any | November 6, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 6, 2025 |
| Statement of Issues to be Raised | November 6, 2025 |
| Transcript Status Report | November 6, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | November 6, 2025 |
| Dispositive Motions, if any | November 21, 2025 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-7148** | **September Term, 2025** |

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 6, 2025 |
| Entry of Appearance Form (Attorneys Only) | November 6, 2025 |
| Procedural Motions, if any | November 6, 2025 |
| Dispositive Motions, if any | November 21, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

Attachments for Pro Se Parties Only:
<u>Civil Docketing Statement Form</u>
<u>Entry of Appearance Form</u>
<u>Transcript Status Report Form</u>
<u>Memorandum Concerning Self-Representation</u>
<u>Memorandum Concerning Appointment of Counsel</u>