# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Tala Josephano

v.

American Airlines, Inc., et al.

**Case No:** 25-7148

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Micah Ticatch

### Counsel Information

**Lead Counsel:** Edward Lee Isler

**Direct Phone:** (703) 748-2690   **Fax:** ( ) -   **Email:** eisler@islerdare.com

**2nd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:** IslerDare, P.C.

**Firm Address:** 1945 Old Gallows Rd., Ste. 650, Vienna, Va. 22182

**Firm Phone:** (703) 748-2690   **Fax:** (703) 748-2695   **Email:** mticatch@islerdare.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)