IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TALA JOSEPHANO | ) |
| | ) |
|    Appellant, | ) |
| | ) |
| v. | ) No. 25-7148 |
| | ) |
| AMERICAN AIRLINES, INC., et al., | ) |
| | ) |
|    Appellees. | ) |
| | ) |

APELLEES' CERTIFICATE
AS TO PARTIES, RULINGS, AND RELATED CASES

Appellee American Airlines, Inc. ("American Airlines") and Micah Ticatch, by Counsel, hereby file the following Certificate as to Parties, Rulings and Related Cases.

**A.  Parties and Amici.**

In the District Court, Tala Josephano was the Plaintiff; and she is the Appellant before this Court.

In the District Court, American Airlines and Micah Ticatch were Defendants. Both of those parties are Appellees before this Court.

All parties appearing before the District Court are before this Court.

1

**B.     Rulings Under Review.**

Based on Appellants' Notice of Appeal (Dist. Ct. Dkt. 13), the rulings under review are the District Court's Minute Order dated September 2, 2025 Order dismissing Plaintiff's Complaint; and the District Court's Minute Order dated August 21 2025 denying Plaintiff's Motion Request Reassigining [sic] Of Case 1:25-Cv-00753 To Another Federal Judge (Dist. Ct. Dkt. 3) and denying Plaintiff Tala Josephano's Motion For Recusal Of Judge Ana C. Reyes (Dist. Ct. Dkt. 9). The Minute Orders are not published.

**C.     Related Cases.**

The Appellant, Ms. Josephano, was one of three plaintiffs in a prior lawsuit, *Ayyash, et al. v. American Airlines, Inc., et al.*, Case No. 24-cv-3434 (D.D.C 2024), which was dismissed by the District Court and appealed to this Court as *Ayyash, et al. v. American Airlines, Inc., et al.*, Case No. 25-7123 (D.C. Cir. 2025) ("*Ayyash*"). The appeal on that matter is still pending.

Ms. Jospehano's claims in the instant matter arise entirely out of filings made by American Airlines in the *Ayyash* matter.

**D.     Rule 26.1 Disclosure**

American Airlines, Inc. is a U.S. airline, which is a wholly owned subsidiary of American Airlines Group, Inc. American Airlines Group, Inc. is a publicly traded company, which has outstanding securities in the hands of the public (Nasdaq: AAL).

Dated: November 6, 2025					Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Edward Lee Isler
Edward Lee Isler
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
eisler@islerdare.com

*Counsel for Micah E. Ticatch and American Airlines Inc.*

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Micah E. Ticatch
Micah E. Ticatch
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for American Airlines Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2025 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF filing system. I will serve a copy of the foregoing via first class mail upon the following:

> Tala Josephano
> 615 Catalina Ave, #233
> Redondo Beach, CA 90277
> *Pro Se Plaintiff*

　　　　　　　　　　　　　　　　　　/s/ Edward Lee Isler
　　　　　　　　　　　　　　Edward Lee Isler
　　　　　　　　　　　　　　ISLER DARE, P.C.
　　　　　　　　　　　　　　1945 Old Gallows Road, Suite 650
　　　　　　　　　　　　　　Vienna, Virginia 22182
　　　　　　　　　　　　　　(703) 748-2690
　　　　　　　　　　　　　　(703) 748-2695 (fax)
　　　　　　　　　　　　　　eisler@islerdare.com

　　　　　　　　　　　　　　*Counsel for Micah E. Ticatch and American Airlines Inc.*