UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV -3 2025
RECEIVED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TALA JOSEPHANO, ) | |
| Plaintiff–Appellant, ) | No. 25-7148 |
| ) | |
| V. ) | |
| ) | |
| AMERICAN AIRLINES INC., and ) | |
| ) | |
| MICAH E. TICATCH, ) | |
| Defendants–Appellees. ) | |
| ) | |
| _____ ) | |

## NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN that the address of the appellant has changed as of the date below Nov 1st 2025

Tala Josephano Pro Se Appellant

Old Address: 615 S Catalina Ave #233 Redondo Beach, CA 90277.

New Address: 1876 Pacific Coast Highway, Lomita, CA 90717 Phone Number : 347-749-4980 . Email : Josephanotala@gmail.com

Please update all court records and direct all future correspondence, notices, and documents to these new addresses.

Dated: Nov 1st, 2025

Respectfully submitted

Tala Josephano  Pro Se Appellant

*[signature]*

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980

## CERTIFICATE OF SERVICE

I hereby certify that on Nov 1st 2025, I caused a true and correct copy of the foregoing **Change of Address** to be served by First Class U.S. Mail, postage prepaid, addressed as follows:

1. Edward Lee Isler Counsel for *American Airlines Inc.* and *Micah E. Ticatch* Isler Dare, P.C.  1945 Old Gallows Road, Suite 650  Vienna, VA 22182  2. Micah Ephram Ticatch Counsel for *American Airlines Inc.* Isler Dare, P.C. 1945 Old Gallows Road, Suite 650 Vienna, VA 22182

Dated: Nov 1st 2025

Respectfully submitted,

Tala Josephano  Pro Se Appellant

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980