**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

# CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-07148            2. DATE DOCKETED: Nov 1st 2025
3. CASE NAME (lead parties only) Josephano    v.    AMERICAN AIRLINES INC. et al
4. TYPE OF CASE:    [X] District Ct -    [ ] US Civil    (•) Private Civil    ( ) Criminal    ( ) Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court    [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ( ) Yes  (•) No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:25-cv-00753-ACR    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____
   b. Review is sought of:
      [X] Final Order    [ ] Interlocutory Order appealable as of right    [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Ana Reyes    Magistrate Judge wasn't offered
   d. Date of order(s) appealed (use date docketed): _____    e. Date notice of appeal filed: _____
   f. Has any other notice of appeal been filed in this case?    ( ) Yes  (•) No    If YES, date filed: _____
   g. Are any motions currently pending in trial court?    ( ) Yes  (•) No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ( ) Yes  (•) No
      If NO, why not?  No hearing happened
   i. Has this case been before the Court under another appeal number?  ( ) Yes  Appeal # _____  (•) No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ( ) Yes  (•) No  If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?    ( ) Yes  (•) No
      If YES, give popular name and citation of statute _____
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ( ) Yes  (•) No   If so, provide program name and participation dates

Signature _T__/_____    Date  Nov 1 2025
Name of Party Tala Josephano
Name of Counsel for Appellant/Petitioner _____
Address 1876 PCH Lomita CA 90717
Phone ( 347 ) 7494980    Fax (    ) _____
ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on Nov 1st 2025, I caused a true and correct copy of the foregoing Docketing Statement to be served by First Class U.S. Mail, postage prepaid, addressed as follows:

1. Edward Lee Isler Counsel for *American Airlines Inc.* and *Micah E. Ticatch* Isler Dare, P.C. 1945 Old Gallows Road, Suite 650 Vienna, VA 22182  2. Micah Ephram Ticatch Counsel for *American Airlines Inc.* Isler Dare, P.C. 1945 Old Gallows Road, Suite 650 Vienna, VA 22182

Dated: Nov 1st, 2025

Respectfully submitted,

Tala Josephano  Pro Se Appellant

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980