IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TALA JOSEPHANO, <br> Plaintiff–Appellant, | ) <br> )    No. 25-7148 |
| V. | ) |
| AMERICAN AIRLINES INC., and | ) |
| MICAH E. TICATCH, <br> Defendants–Appellees. | ) <br> ) |
| _____ | ) |

**DEFERRED APPENDIX STATEMENT**

Pursuant to Fed. R. App. P. 30(c) and D.C. Cir. Rule 30, Appellant elects to proceed on the basis of a deferred appendix. Appellant will file the deferred appendix within the time prescribed by the Rules of this Court, containing those portions of the record cited in the briefs and necessary for the Court's review.

**Dated:** Nov 1st, 2025

**Respectfully submitted**

Tala Josephano  Pro Se Appellant

*/s/ TJ*

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980

## CERTIFICATE OF SERVICE

I hereby certify that on Nov 1st 2025, I caused a true and correct copy of the foregoing **DEFERRED APPENDIX STATEMENT** to be served by First Class U.S. Mail, postage prepaid, addressed as follows:

1. Edward Lee Isler Counsel for *American Airlines Inc.* and *Micah E. Ticatch* Isler Dare, P.C. 1945 Old Gallows Road, Suite 650 Vienna, VA 22182  2. Micah Ephram Ticatch Counsel for *American Airlines Inc.* Isler Dare, P.C. 1945 Old Gallows Road, Suite 650 Vienna, VA 22182

Dated: Nov 1st 2025

Respectfully submitted,

Tala Josephano  Pro Se Appellant

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980