# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TALA JOSEPHANO,  ) | |
| Plaintiff–Appellant,  ) | No. 25-7148 |
| V.  ) | |
| AMERICAN AIRLINES INC., and  ) | |
| MICAH E. TICATCH,  ) | |
| Defendants–Appellees.  ) | |
| _____  ) | |

## TRANSCRIPT STATUS REPORT

No hearings were held in the district court proceedings. Accordingly, no transcript order is required, and the record on appeal is complete with respect to transcripts.

**Dated:** Nov 1st, 2025

Respectfully submitted

**Tala Josephano  Pro Se Appellant**

Tala Josephano

1876 PCH

Lomita, CA 90717

(347)749-4980

## CERTIFICATE OF SERVICE

I hereby certify that on Nov 1st 2025, I caused a true and correct copy of the foregoing Transcript Report to be served by First Class U.S. Mail, postage prepaid, addressed as follows:

1. Edward Lee Isler Counsel for *American Airlines Inc.* and *Micah E. Ticatch* Isler Dare, P.C.  1945 Old Gallows Road, Suite 650  Vienna, VA 22182  2. Micah Ephram Ticatch Counsel for *American Airlines Inc.* Isler Dare, P.C. 1945 Old Gallows Road, Suite 650 Vienna, VA 22182

Dated: Nov 1st, 2025

Respectfully submitted,

Tala Josephano  Pro Se Appellant

Tala Josephano

1876 PCH

Lomita, CA 90717

(347)749-4980