IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| TALA JOSEPHANO, | ) | |
| Plaintiff–Appellant, | ) | No. 25-7148 |
| V. | ) | |
| AMERICAN AIRLINES INC., and | ) | |
| MICAH E. TICATCH, | ) | |
| Defendants–Appellees. | ) | |
| _____ | ) | |

**UNDERLYING DECISIONS FROM WHICH APPEAL ARISES**

Pursuant to Federal Rule of Appellate Procedure 15(a)(2) and this Court's practice, Appellant Tala Josephano hereby identifies the underlying decisions and actions from which this appeal arises:

**1. Administrative Reassignment (March 20, 2025)**

On March 20, 2025, the Clerk's Office administratively reassigned Josephano v. American Airlines Inc. et al., No. 1:25-cv-00753 (D.D.C.), from Judge Reggie B. Walton to Judge Ana C. Reyes as a "related case." The reassignment occurred six days after Appellant filed her complaint in person ( March 14 2025) and only after she contacted the Clerk's Office regarding a delay in docketing as the case didn't show on dockets for 6 days. Upon inquiry, Appellant was informed that the reassignment had been requested and processed by Mr. Paterson, the same case

manager assigned to a separate matter, Ayyash et al v. American Airlines Inc.et al, No. 1:24-cv-03434, in which plaintiffs had sought his removal for alleged misconduct and negligence favorable to defendants prior to filing and docketing this case ( 1:25-cv-00753)

**2. Procedural Omission — Lack of Formal Notice of Reassignment :**

Although the docket contains a brief entry noting the case was "directly reassigned to Judge Ana C. Reyes as related," Appellant received no formal Notice of Reassignment, nor does any such document appear on the docket. Appellant learned of the reassignment only upon personal inquiry. This lack of formal notice deprived Appellant of timely awareness and opportunity to challenge the reassignment through appropriate motion practice. The appellant objected to intake but we met with hostility.

**3.Procedural Omission — Failure to Provide Magistrate Judge Consent Form**

At filing, Appellant was not provided the Magistrate Judge Consent/Refusal form routinely issued in civil cases pursuant to Federal Rule of Civil Procedure 73(b) and Local Civil Rule 73. The absence of this form denied Appellant the statutory right to consent to or decline magistrate judge jurisdiction, further contributing to the appearance of irregular court proceedings.

### 4. Order Denying Reassignment (August 21, 2025)

By Minute Order dated August 21, 2025, Judge Ana C. Reyes denied Plaintiff's Motion to Reassign Case (Dkt. No. 3), ruling that related cases are assigned pursuant to Local Civil Rule 40.5(a) and (c). The ruling was issued more than two months after the motion was filed, during which time additional orders were entered. The delay and rationale suggested that reassignment was withheld to allow the presiding judge to oversee the case's disposition.

### 5. Order Denying Disqualification & Recusal (August 21, 2025)

In the same Minute Order, the Court denied Plaintiff's Motion for Recusal (Dkt. No. 9), concluding no grounds existed for disqualification under 28 U.S.C. § 455. Appellant contends that the Court's statements and conduct—including Potential conflict of interest, appearance of bias, clear legal errors, threats and hostility to Pro se, statements that "the police will not do anything," and declarations of having "all the power in the world"—raised a reasonable question regarding the court's impartiality, warranting recusal or reassignment.

### 6. Order Granting Motion to Dismiss (September 2, 2025)

By Minute Order dated September 2, 2025, the Court granted Defendants' Motion to Dismiss (Dkt. No. 7) and dismissed the action for failure to prosecute and failure to comply with the August 5 Fox/Neal Order. Appellant seeks review of the administrative reassignment and the denials of reassignment and recusal and

requests that this Court vacate the dismissal and remand the matter for reassignment to a different district judge with leave to amend the complaint per her rights by the law.

### 7. Delay in Ruling (June–August 2025)

Appellant's Motion to Reassign Case (filed June 10, 2025) and Defendants' Motion to Dismiss (filed June 20, 2025) remained pending without resolution for nearly two months. The Court did not rule on reassignment or recusal until August 21, 2025, after having issued an August 5 Fox/Neal Order directing Appellant to respond to the dismissal motion. These delays, together with the timing of subsequent rulings, created the appearance that the Court intentionally deferred ruling on reassignment to retain jurisdiction and resolve the case alongside related proceedings in favor of Appellee and their consul

### 8. Recusal sua ponte upon case assignment

The District Court judge failed to recuse herself sua sponte under 28 U.S.C. §§ 455(a) and (b), despite longstanding professional ties to counsel for Appellee American Airlines Inc. (Williams & Connolly LLP) and to interested non-parties (Airlines for America). Under established judicial ethics principles, a judge must recuse herself when her impartiality might reasonably be questioned, especially when such significant connections exist at the time of case assignment. This failure

to recuse is subject to de novo review of legal questions and abuse of discretion regarding factual findings.

Exhibit 1 : Docket Report

**Dated:** Nov 1st, 2025

**Respectfully submitted**

**Tala Josephano  Pro Se Appellant**

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980

# EXHIBIT 1

1:25-cv-00753 Docket Report

USCA Case #25-7148      Document #2144779            Filed: 11/03/2025      Page 7 of 10

Query     Reports     Utilities     Help     Log Out

APPEAL,CLOSED,JURY,PROSE-NP,TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:25-cv-00753-ACR

JOSEPHANO v. AMERICAN AIRLINES INC. et al
Assigned to: Judge Ana C. Reyes
Case in other court: USCA, 25-07148
Cause: 28:1332 Diversity-Fraud

Date Filed: 03/14/2025
Date Terminated: 09/04/2025
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**TALA JOSEPHANO**                      represented by  **TALA JOSEPHANO**
615 S. Catalina Ave
#233
Redondo Beach, CA 90277
*PRO SE*

V.

**Defendant**

**AMERICAN AIRLINES INC.**              represented by  **Edward Lee Isler**
ISLER DARE, P.C.
1945 Old Gallows Road
Suite 650
Vienna, VA 22182
(703) 748-2690
Fax: (703) 748-2695
Email: eisler@islerdare.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Micah Ephram Ticatch**
ISLER DARE, P.C.
1945 Old Gallows Road

Suite 650
Vienna, VA 22182
(703) 748-2690
Fax: (703) 748-2695
Email: mticatch@islerdare.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

MICAH E. TICATCH   represented by   **Edward Lee Isler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2025 | 1 | COMPLAINT against AMERICAN AIRLINES INC., MICAH E. TICATCH ( Filing fee $ 405, receipt number 209231) with Jury Demand filed by TALA JOSEPHANO. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 03/20/2025) |
| 03/14/2025 |  | SUMMONS Not Issued as to AMERICAN AIRLINES INC., MICAH E. TICATCH (zdp) (Entered: 03/20/2025) |
| 03/20/2025 |  | Summons (2) Issued as to AMERICAN AIRLINES INC., MICAH E. TICATCH. (zdp) (Entered: 03/20/2025) |
| 03/20/2025 | 2 | Case directly reassigned to Judge Ana C. Reyes as related. Judge Reggie B. Walton is no longer assigned to the case. (ztnr) (Entered: 03/20/2025) |
| 06/10/2025 | 3 | MOTION to Reassign Case by TALA JOSEPHANO. (Attachments: # 1 Exhibit, # 2 Proposed Order)(zdp) (Entered: 06/10/2025) |
| 06/20/2025 | 4 | NOTICE of Appearance by Micah Ephram Ticatch on behalf of AMERICAN AIRLINES INC. (Ticatch, Micah) (Entered: 06/20/2025) |
| 06/20/2025 | 5 | NOTICE of Appearance by Edward Lee Isler on behalf of AMERICAN AIRLINES INC., MICAH E. TICATCH (Isler, Edward) (Entered: 06/20/2025) |
| 06/20/2025 | 6 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN AIRLINES INC. (Ticatch, Micah) (Entered: 06/20/2025) |
| 06/20/2025 | 7 | MOTION to Dismiss by AMERICAN AIRLINES INC., MICAH E. TICATCH. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support, # 3 Exhibit A (Transcript of Hearing))(Isler, Edward) (Entered: 06/20/2025) |
| 08/05/2025 | 8 | *FOX/NEAL* ORDER notifying Plaintiff of her obligation to respond to Defendants' 7 Motion to Dismiss on or before August 20, 2025, and informing Plaintiff that failure to file a timely response may result in dismissal of her claims. See Order for details. |

| | | |
|---|---|---|
| | | Signed by Judge Ana C. Reyes on 08/05/2025. (lcacr2) (Entered: 08/05/2025) |
| 08/20/2025 | 9 | MOTION for Recusal by TALA JOSEPHANO. (znmw) (Entered: 08/20/2025) |
| 08/21/2025 | 10 | DECLARATION by TALA JOSEPHANO re 9 MOTION for Recusal. (Attachments: # 1 Text of Proposed Order)(znmw) (Entered: 08/21/2025) |
| 08/21/2025 | | MINUTE ORDER denying 3 Motion to Reassign Case; denying 9 Motion for Recusal. The Court DENIES 3 Motion to Reassign Case because related cases are assigned according to LCvR 40.5(a), (c), and because Plaintiff identifies no circumstances requiring disqualification under 28 U.S.C. § 455. The Court DENIES 9 Motion for Recusal for the same reasons. Signed by Judge Ana C. Reyes on 08/21/2025. (lcacr2) (Entered: 08/21/2025) |
| 08/29/2025 | 11 | NOTICE of Election to Stand on complaint by TALA JOSEPHANO re 1 Complaint (znmw) (Entered: 09/02/2025) |
| 09/02/2025 | | MINUTE ORDER granting 7 Motion to Dismiss. In its 8 Fox/Neal Order, the Court notified Plaintiff of her obligation to respond to Defendants' Motion to Dismiss and informed Plaintiff that failure to file a timely response would result in dismissal of her claims. In light of Plaintiff's 11 Notice in which Plaintiff indicated her refusal to comply with the Fox/Neal Order and to respond to the Motion to Dismiss, the Court deems the arguments in the Motion to Dismiss conceded.<br><br>The Court therefore GRANTS the Motion to Dismiss. The Court further DISMISSES this case for Plaintiff's failure to prosecute, failure to comply with this Court's Fox/Neal Order, and failure to adhere to the Federal Rules of Civil Procedure. The Court DIRECTS the Clerk of the Court to terminate this case. Signed by Judge Ana C. Reyes on 09/02/2025. (lcacr2) (Entered: 09/02/2025) |
| 10/02/2025 | 12 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 9/2/2025 Minute Order on Motion to Dismiss by TALA JOSEPHANO. Fee Status: No Fee Paid. Parties have been notified. (znmw) (Entered: 10/03/2025) |
| 10/03/2025 | 13 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 12 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 10/03/2025) |
| 10/07/2025 | | USCA Case Number 25-7148 for 12 Notice of Appeal to DC Circuit Court filed by TALA JOSEPHANO. (znmw) (Entered: 10/07/2025) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 10/30/2025 02:13:41 | |
| **PACER Login:** talajosephano | **Client Code:** |
| **Description:** Docket Report | **Search Criteria:** 1:25-cv-00753-ACR |
| **Billable Pages:** 3 | **Cost:** 0.30 |

## CERTIFICATE OF SERVICE

I hereby certify that on this First day of Nov 2025, I caused a true and correct copy of the foregoing **Underlying Statement & Exhibit** to be served by First Class U.S. Mail, postage prepaid, addressed as follows:

1. Edward Lee Isler Counsel for *American Airlines Inc.* and *Micah E. Ticatch* Isler Dare, P.C. 1945 Old Gallows Road, Suite 650 Vienna, VA 22182  2. Micah Ephram Ticatch Counsel for *American Airlines Inc.* Isler Dare, P.C. 1945 Old Gallows Road, Suite 650 Vienna, VA 22182

Dated: Nov 1st , 2025

Respectfully submitted,

Tala Josephano  Pro Se Appellant

Tala Josephano
1876 PCH
Lomita, CA 90717
(347)749-4980