# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-7148**                                                              **September Term, 2025**

1:25-cv-00753-ACR

Filed On: February 26, 2026 [2161177]

Tala Josephano,

       Appellant

    v.

American Airlines, Inc. and Micah E. Ticatch,

       Appellees

## M A N D A T E

In accordance with the order of January 15, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                      BY:    /s/
                                            Daniel J. Reidy
                                            Deputy Clerk

Link to the order filed January 15, 2026